RECEIVED
AUG 29 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LUKNER BLANC, Petitioner | CIVIL DOCKET NO. 1:19-CV-731-P |
| VERSUS | JUDGE DRELL |
| WARDEN CHRIS MCCONNELL, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Blanc's § 2241 Petition (Doc. 1) is DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 28th day of August, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE